CHRISTOPHER E. PLATTEN - 111971
CAROL L. KOENIG - 162037
WYLIE, McBRIDE, JESINGER, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone: (408) 979-2920
Facsimile: (408) 979-2934

Attorneys for Plaintiff
INTERNATIONAL ASSOCIATION OF FIREFIGHTERS,
IAFF LOCAL 55

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, IAFF LOCAL 55,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Case No. C-04-4349-ADR CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>DATE: October 28, 2005<br>TIME: 1:30 p.m.<br>DEPT: 2 |

The parties, by and through their respective counsel, hereby stipulate to continue the Case Management Conference set for October 28, 2005 three weeks until November 18, 2005 at 1:30 p.m. in Courtroom 2 of the above-entitled Court.

Dated: October 27, 2005

WYLIE, McBRIDE, JESINGER,
PLATTEN & RENNER

CHRISTOPHER E. PLATTEN
Attorneys for Plaintiffs

Dated: October 27, 2005

CITY OF OAKLAND
OFFICE OF THE CITY ATTORNEY

JAMES F. HODGKINS
Attorneys for Defendants

IT IS SO ORDERED
Judge Claudia Wilken

I:\00055\71005.pnd\sto

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; Case No. C-04-4349-CW                  1