```
 1  CHRISTOPHER E. PLATTEN - 111971
    CAROL L. KOENIG - 162037
 2  WYLIE, McBRIDE, JESINGER, PLATTEN & RENNER
    2125 Canoas Garden Avenue, Suite 120
 3  San Jose, California 95125
    Telephone: (408) 979-2920
 4  Facsimile: (408) 979-2934

 5  Attorneys for Plaintiff
    INTERNATIONAL ASSOCIATION OF FIREFIGHTERS,
 6  IAFF LOCAL 55

 7

 8                          UNITED STATES DISTRICT COURT

 9                         NORTHERN DISTRICT OF CALIFORNIA

10  INTERNATIONAL ASSOCIATION OF           Case No.  C-04-4349-ADR CW
    FIREFIGHTERS, IAFF LOCAL 55,
11                                         STIPULATION TO CONTINUE CASE
            Plaintiff,                     MANAGEMENT CONFERENCE
12
        vs.
13
    CITY OF OAKLAND,
14
            Defendant.
15  _____/

16

17      The parties by and through their respective counsel, hereby stipulate to

18  continue the Case Management Conference set for November 18, 2005 six weeks

19  until December 30, 2005 at 1:30 p.m. in Courtroom 2 of the above-entitled Court.

20  Dated: November 16, 2005              WYLIE, McBRIDE, JESINGER,
                                          PLATTEN & RENNER
21

22                                        _____
                                          CAROL L. KOENIG
23                                        Attorneys for Plaintiffs

24  Dated: November 16, 2005              CITY OF OAKLAND
                                          OFFICE OF THE CITY ATTORNEY
25

26                                        _____
                                          JAMES F. HODGKINS
27                                        Attorneys for Defendants

28
```

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; Case No. C-04-4349-CW    1

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference scheduled for November 18, 2005 at 1:30 p.m. be continued to ~~December 30, 2005~~ January 6, 2006 at 1:30 p.m.

Dated: November 17, 2005

CLAUDIA WILKEN
United States District Court Judge

I:\00055\71005\pnd\stip cmc 2

*United States District Court*
**IT IS SO ORDERED**
Judge Claudia Wilken
*Northern District of California*

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; Case No. C-04-4349-CW

2